1  David S. Reidy (SBN 225904)
   dreidy@reedsmith.com
2  Andrew Amoroso (SBN 274673)
   aamoroso@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:  +1 415 543 8700
5  Facsimile:   +1 415 391 8269

6  Attorneys for Defendants
   Bank of America, N.A., and
7  ReconTrust Company, N.A

8

9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

| 12 WAYNE CHIN, an individual, and JANET CHIN, an individual, | Case No.: SACV 11-1338 AG (ANx) |
|---|---|
| 13 Plaintiffs, | **JUDGMENT** |
| 14 | |
| 15 vs. | |
| 16 BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A,; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO, and DOES 1 though 10, inclusive, | Honorable Andrew J. Guilford |
| 17-21 Defendants. | |

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

# <u>JUDGMENT</u>

3    On March 19, 2012, the Court granted defendants Bank of America, N.A. and

4  ReconTrust Company, N.A.'s ("Defendants") Motion to Dismiss the Second

5  Amended Complaint of plaintiffs Wayne Chin and Janet Chin ("Plaintiffs") without

6  leave to amend.

7    Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND**

8  **DECREED** that Plaintiffs' Second Amended Complaint is dismissed with prejudice,

9  and final judgment is entered against Plaintiffs and in favor of Defendants.  Plaintiffs

10  shall take nothing from Defendants.

11

12    **IT IS SO ORDERED.**

13

14    DATED:  March 28, 2012

15    Honorable Andrew J. Guilford

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

**PROOF OF SERVICE**

2
3
4

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed in the office of a member of the bar of this court at whose direction the service was made.  My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA  94105.  On March 21, 2012, I served the following document(s) by the method indicated below:

5

**[PROPOSED] JUDGMENT**

6
7

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

8
9

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

10
11

☒    **By USDC Live System-Document Filing system:**  on all interested parties registered for e-filing

12

13
14
15
16
17

Lenore L. Albert, Esq.
Law Offices of Lenore Albert
7755 Center Avenue, Suite 1100
Huntington Beach, CA  92647
Tel:  714-372-2264
Fax:  419-831-3376
E-mail:  lenorealbert@msn.com
Attorney for Plaintiffs Wayne Chin and Janet Chin

18
19

      I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on March 21, 2012, at San Francisco, California.

20
21
22

                     _____
                     Tina Brennan

23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware